People v Wisdom (2023 NY Slip Op 00933)

People v Wisdom

2023 NY Slip Op 00933

Decided on February 16, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 16, 2023

Before: Renwick, J.P., Oing, Mendez, Rodriguez, Pitt-Burke, JJ. 

Index No. 4884/15 Appeal No. 17350 Case No. 2019-2515 

[*1]The People of The State of New York, Respondent,
v
Michael Wisdom, Defendant-Appellant.

Appeal from judgment, Supreme Court, New York County (Maxwell Wiley, J.), entered on or about November 2, 2017, as amended December 19, 2017, unanimously dismissed as abated by appellant's death, and the matter remanded to Supreme Court, New York County for proceedings to vacate the judgment of conviction and to dismiss the indictment (see People v Matteson , 75 NY2d 745 [1989]; People v Mintz , 20 NY2d 753, 770 [1967]).
ENTERED: February 16, 2023